**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| HUMBERTO RAMOS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN DIAMONDBACK CORRECTIONAL FACILITY, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-2750-SLP |

**O R D E R**

On October 5, 2026, Petitioner Humberto Ramos filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1]. This Court granted Petitioner's Petition on October 13, 2026, [Doc No. 7], in which it ordered Respondents to provide Petitioner with a proper bond hearing. *Id.* at 1. Additionally, the Court ordered Respondents to "file a Notice of Compliance on or before 5:00 p.m., on October 20, 2026." *Id.* at 2. And "[i]f Respondents fail to timely comply, including a failure to timely file a Notice, Petitioner ***shall immediately be released from custody***." *Id.* (emphasis added). Respondents have failed to timely file a Notice with the Court.

IT IS THEREFORE ORDERED that Petitioner, Humberto Ramos, shall be immediately released from custody.

IT IS FURTHER ORDERED that Respondents' counsel is directed to provide a copy of this Order to the warden of the facility where Petitioner is currently detained.

IT IS SO ORDERED this 21st day of October, 2026.

SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE